IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

WILLIAM J. WATKINS,
    Plaintiff,

vs.                                        Case No.:  5:14cv39/RS/EMT

CORRECTIONS CORPORATION
OF AMERICA,
    Defendant.
_____/

## REPORT AND RECOMMENDATION

        This cause is before the court upon referral from the clerk.  On June 19, 2014, Defendant filed a motion to dismiss this case (doc. 11), and on June 23, 2014, this court entered an order directing Plaintiff to file a response to the motion within thirty (30) days (doc. 12).  Plaintiff failed to file a response by the deadline; therefore, on August 26, 2014, this court entered an order giving Plaintiff thirty (30) days in which to file a notice declaring his continued interest in this case (doc. 14).  Plaintiff failed to respond to the order; therefore, on October 6, 2014, the court issued an order requiring Plaintiff to show cause, within twenty-one (21) days, why this action should not be dismissed for failure to comply with an order of the court (doc. 16).  The time for compliance with the show cause order has now elapsed, and Plaintiff has failed to respond.

        Accordingly, it is respectfully **RECOMMENDED**:

        That this case be **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court.

        At Pensacola, Florida, this 3rd day of November 2014.

                                            /s/ *Elizabeth M. Timothy*
                                            **ELIZABETH M. TIMOTHY**
                                            **CHIEF UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

**Any objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only</u>.  A copy of objections shall be served upon all other parties.  Failure to object may limit the scope of appellate review of factual findings.**  *See* **28 U.S.C. § 636; <u>United States v. Roberts</u>, 858 F.2d 698, 701 (11th Cir. 1988).**