IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**WILLIAM J. WATKINS,**

    **Plaintiff,**

v.                                          **CASE NO. 5:14-cv-39-RS-EMT**

**CORRECTIONS CORPORATION
OF AMERICA,**

    **Defendant.**

_____/

## ORDER

Before me is the Magistrate Judge's Order and Report and Recommendation (Doc. 17). I have reviewed the report and recommendation *de novo*. No objections were filed.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. This case is **DISMISSED WITHOUT PREJUDICE** for Plaintiff's failure to comply with an order of the court.

3. The Clerk is directed to close this case.

**ORDERED** on December 4, 2014.

                                                      /S/ Richard Smoak
                                                      **RICHARD SMOAK
                                                      UNITED STATES DISTRICT JUDGE**